SAMSON LOYNACHAN

V.

STATE OF TEXAS

CAUSE# PD-0852-15

COURT OF

CRIMINAL

APPEALS

MOTION FOR AN EXTENSION OF TIME TO FILE PDR

TO THE HONORABLE COURT,

Comes now, Samson M. Loynachan, Appellant Pro Se and files this motion for an extension of time and in support shows the following.

I.

On 25 June, 2015, Appellant's NOTICE OF APPEAL, 02-15-00135-CR was dismissed by the 2nd Court of Appeals for lack of jurisdiction. Appellant wishes to petition this court on the question of jurisdiction. The Petition for Discretionary Review is currently due on 24 July, 2015.

II.

Appellant asserts that he needs more time to file his PDR due to the complexity of Texas' jurisdictional statutes and the corresponding judicial rulings.

PRAYER

Wherefore, premises considered, Appellant prays this court grants this motion and extends filing deadline 60 days to give the Appellant the opportunity to properly file his PDR.

Respectfully submitted,

SAMSON M. LOYNACHAN, #1789266
FRENCH ROBERTSON UNIT
12071 FM 3522
ABILENE, TX 79601

4 July, 2015

FILED IN
COURT OF CRIMINAL APPEALS

JUL 10 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 08 2015

Abel Acosta, Clerk